## STATEMENT OF FACTS

Between on or about June 5, 2014 and June 10, 2014, Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, Detective Palchak ("UC") and members of the Task Force entered a social network site in which users communicate with each other and occasionally post images or post links that contain images in order to share those images with other users.

On or about June 5, 2014, the UC met an individual later identified as the defendant Steve Sollera Jr. ("defendant") with the screen name "perv" on the social network site. The UC made contact with the defendant after the defendant posted a link to a room within the social network site where individuals with a sexual interest in children and incest go to communicate with each other and post child pornography. The defendant, under the screen name perv, posted two links. The first link contained approximately 22 still images of child pornography including:

- An image of two prepubescent females performing oral sex on each other while one is chained with a dog collar.
- An image of a prepubescent female with her legs spread exposing her vagina with writing in black marker on her stomach.
- Multiple images of adult men vaginally penetrating prepubescent female children.
- Multiple images of prepubescent females masturbating adult males.
- An image of a prepubescent female performing oral sex on prepubescent male.
- An image of two prepubescent females engaging in sex acts with two adult females.
- An image of a prepubescent female with her hole fists inside two adult females.

The defendant, under the screen name perv, posted a second link which included 23 videos. Of those 23 videos, 14 are child pornography. The other videos are of child erotica which are videos of prepubescent females dancing and posing in lingerie and similar clothing but does not rise to the level of child pornography. The videos of child pornography include:

- Multiple videos of adult men vaginally, digitally, and orally penetrating a prepubescent females.
- A video of a prepubescent female exposing her genitalia to the camera as the viewer can hear the child's father providing instruction.
- A video of a prepubescent female masturbating adult male to ejaculation.
- A video of an adult male masturbating to ejaculation on face of prepubescent female while forcibly holding child down on bed.
- A video of a prepubescent female inserting object into vagina.

The UC, who stated that he is the father of an 8 year-old female, wrote, " . . . my girl is 8 active with her you?" The defendant responded, "no single no kids . . . how she taste?" The UC responded, ". . . I love it I get her every other week . . . you ever played before?" The defendant responded, "fingered gf dau in her sleep . . . I'm in Maryland too . . . hoping one day someone will

1

let me play w theirs." The UC wrote, "If we can build trust I will for sure, I would get off watching her with someone else." The defendant wrote, "Would love to get sucked by a lil one . . she can suck one of us while the other eats her." The defendant and the UC then exchanged Skype screen names. The UC commented on the images that the defendant posted to the social network site to which the defendant responded, "yeah is hot . . . yeah I like the writing too . . ." The UC then wrote, "I have [my daughter] next week and will show you some pics of her on Skype if you want so you know im real," to which the defendant responded, "be hot if you shared your dau." The defendant introduced himself as Steve during the chat.

The conversation then turned to a meeting for the purpose of having sex with UC's purported daughter. The UC provided a location and the defendant explained that he knew the area. The defendant also wrote in reference to the meeting, "only if u serious . . . don't want to end up on 60min special where they catching pedos . . ."

On June 5, 2014, at approximately, 5:53 p.m. the UC and the defendant switched over to Skype to continue their conversation and to trade images. The UC sent the defendant images that are neither child pornography nor of an actual child. The defendant responded, "she cute . . . think she wud let me play . . . wud love a bj from her . . . like to lick her too . . . what's her name? . . .she swallow? . . . hope you are real . . . gonna go jerk to the pics you sent . . . . think bout fucking her mouth." The defendant and the UC the exchanged cell phone numbers so that they could text message and arrange a meeting. The defendant provided a number with an area code consistent with the Baltimore, Maryland area.

On June 6, 2014, at approximately 10:24 p.m. the defendant and the U.C. continued their conversation over text message. From that time through June 10, 2014, the discussion took place primarily via text message. During the course of their text messaging, the defendant and the UC continued to discuss their shared sexual interest in children, the UC's purported 8 year-old daughter, and the logistics of a meeting for purposes of having sex with the child. The defendant asked, "What did u say was going to happen when talking to [your daughter]?" The UC responded, "I told her that I would play with her first and then you would join in and she would start sucking your dick while I eat her pussy." The defendant asked, "What did she think of that?" The UC answered, "She seemed excited . . . I have her Tue is that good . . . if Tue is bad or your not interested just let me know." The defendant responded, "I'm definitely good for it. Too bad not this weekend I have nothing to do." The defendant explained that he would take the Metro to the meeting location.

On Monday, June 9, 2014, the UC and the defendant continued to communicate via text message. The UC asked, ". . . you still good for tomorrow?" The defendant responded, "Definitely if your serious . . . Don't want to travel all way there and she not do it . . . Will need address . . . hopefully 60min or police not there." The defendant then asked, "What's allowed and what's off limits?" The UC responded, "No fucking, fingering is cool, sucking is fine both ways her sucking you and you sucking her pussy and her jerking you off." The defendant then asked, "We taking turns or sharing . . . forgot her age." The UC responded, "8 if that is too young or your not interested just let me know no big deal but she is cool and will be here tomorrow." The

2

defendant wrote, "No I've been thinking about it all day. Been hard like crazy. Was good vids online today." The UC and the defendant continued their graphic chat describing what they would like to do to the purported child and their shared sexual interest in children. For example, the UC stated that the purported child gives him oral sex and the defendant wrote, "She learned early please the man her needs are not important ☺. Mmm lil face covered with cum."

On June 10, 2014, the UC and the defendant continued to text about their meeting to have sex with the child. The UC provided a meeting location.

Law enforcement officers identified the defendant through the phone number provided by the defendant to the UC. The defendant was further identified through law enforcement and public databases as Steve Sollera, date of birth January 4, 1975. In addition, a subpoena to Comcast showed that the IP address used by the defendant to communicate with the UC was registered to Steve Sollera Jr. with an address in Maryland.

On June 10, 2014, at approximately 6:30 p.m., after extensive text messaging about the meeting location, the defendant met the UC at the agreed upon location in Washington, D.C. The defendant made eye contact with the UC, talked to the UC briefly and was arrested. The defendant admitted corresponding with the UC but stated that it was all "fantasy chat," and that he chats online often. The defendant admitted travelling from Maryland to the District of Columbia via the Metro. Upon his arrest, the defendant was in possession of identification with the name Steve Sollera Jr.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me this _____ day of June, 2014.

_____
United States Magistrate Judge